**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4605 Lankershim Blvd. Ste 535
Toluca Lake, CA 91602
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiff
FILIPP GUDIS,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILIPP GUDIS, | Case No.: 2:21-cv-07710-VAP-MAR |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| NATIONWIDE CREDIT, INC., | |
| Defendant(s), | |

## <u>NOTICE OF SETTLEMENT</u>

NOW COMES Plaintiff, FILIPP GUDIS, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible and

NOTICE OF SETTLEMENT

Plaintiff anticipates filing a Fed. R. Civ. P. 41 voluntary dismissal, with prejudice, within sixty (60) days.


Dated: October 21, 2021

RESPECTFULLY SUBMITTED,

**MARTIN & BONTRAGER, APC**


By: /s/ G. Thomas Martin, III

G. Thomas Martin, III
*Attorney for Plaintiff*

NOTICE OF SETTLEMENT

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.