**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4605 Lankershim Blvd. Ste 535
Toluca Lake, CA 91602
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
FILIPP GUDIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILIPP GUDIS,<br><br>        Plaintiff,<br><br>    vs.<br><br>NATIONWIDE CREDIT, INC.,<br><br>        Defendant(s). | Case No.: 2:21-cv-07710-VAP-MAR<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOW COMES Plaintiff, FILIPP GUDIS ("Plaintiff"), by and through the undersigned counsel, and pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(i)*, hereby voluntarily dismisses the instant action. Plaintiff dismisses his claims *with* prejudice.

| | | |
|---|---|---|
| 1 | | RESPECTFULLY SUBMITTED, |
| 2 | Dated: November 29, 2021 | **MARTIN & BONTRAGER, APC** |
| 3 | | |
| 4 | | By: /s/ G. Thomas Martin, III |
| 5 | | G. Thomas Martin, III |
| 6 | | *Attorney for Plaintiff* |

- 2 -

VOLUNTARY DISMISSAL

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November, 2021, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Voluntary Dismissal has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.